**United States District Court for the District of Columbia**

**United States of America**          *

    **v.**          *          **No. 1:21-MJ-00176-ZMF-1**

**Aungst, et al.**          *
    **[Mark Roderick Aungst]**

### Notice of Appearance

Please enter the appearance of William L. Welch, III as counsel for defendant Mark Roderick Aungst in this matter.

1.    I am admitted to practice in this Court.

2.    My appearance is pursuant to a Criminal Justice Act appointment.  18 U.S.C. § 3006A(b).

/s/ *William L. Welch,* III

_____

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Mark Roderick Aungst
(Appointed by this Court)

**Certificate of Service**

I hereby certify that on this 8th day of February, 2021 a copy of the foregoing Notice of Appearance was delivered electronically to James Pearce (james.pearce @usdoj.gov) and Kelly Smith (kelly.smith@usdoj.gov), U.S. Department of Justice, 950 Pennsylvania Avenue NW, Suite 1250, Washington, DC 20530.

/s/ *William L. Welch,* III

_____

William L. Welch, III