AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Mark Roderick Aungst

*Defendant*

)
)  Case: 1:21-mj-00176
)  Assigned to: Judge Faruqui, Zia M
)  Assign Date: 1/28/2021
)  Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mark Roderick Aungst,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct)

Date: 01/28/2021

2021.01.28
16:37:59 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-28-2021, and the person was arrested on *(date)* 2-4-2021
at *(city and state)* WILLIAMSPORT, PA.

Date: 2-4-2021

*Arresting officer's signature*

SPECIAL AGENT DANIELLE WERTZ
*Printed name and title*