UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARK RODERICK AUNGST and )<br>TAMMY A. BRONSBURG, )<br>)<br>Defendants. )<br>) | Criminal Action No. 21-94 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the arraignment held on March 23, 2021, it is hereby

**ORDERED** that, with the defendants' consent, the time from March 23, 2021, until June 1, 2021, is excluded under the Speedy Trial Act in light of the need for the government to provide discovery to the defendants and the need for the defendants to review that discovery. It is further

**ORDERED** that the parties shall appear before the Court for a status hearing on June 1, 2021, at 10:00 a.m. via videoconference.

**SO ORDERED** this 23rd day of March, 2021.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge