UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Criminal Action No. 21-144 (RBW) |
| MARK RODERICK AUNGST and<br>TAMMY A. BRONSBURG, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on March 24, 2022, via teleconference, it is hereby

**ORDERED** that, with the government's and the defendants' consent, the time from March 24, 2022, to May 23, 2022, is excluded under the Speedy Trial Act in light of the need for the government to provide discovery to the defendants and the need for the defendants to review that discovery. It is further

**ORDERED** that, on May 23, 2022, at 9:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 28th day of March, 2022.

REGGIE B. WALTON
United States District Judge