IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-cr-144 (RBW) |
| | : | |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | |
| v. | : | |
| | : | |
| MARK AUNGST, | : | |
| TAMMY BRONSBURG, | : | |
| | : | |
| Defendants. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Mark Aungst and Tammy Bronsburg, with the concurrence of their attorneys, agree and stipulate to the below factual basis for the defendants' guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.  On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

1

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Aungst and Bronsburg's Participation in the January 6, 2021, Capitol Riot*

8. Mark Aungst and Tammy Bronsburg, also known as Tammy Butry, (the "Defendants") knew that Congress was convening at the United States Capitol on January 6, 2021, to certify the vote count of the Electoral College of the 2020 Presidential Election. Both Defendants traveled by bus to Washington, D.C. to attend the "Stop the Steal" rally on January 6. The bus trip was organized on Facebook by another individual for about 50 people to travel from Pennsylvania to Washington, D.C.

9. After attending the "Stop the Steal" rally and listening to speeches on January 6, 2021, both Defendants Aungst and Bronsburg decided to join a mass of individuals who marched toward the U.S. Capitol Building.

10. Outside of the U.S. Capitol Building, the Defendants saw and heard individuals shouting and encouraging the group to advance forward.  After the doors to the U.S. Capitol Building were breached, the Defendants also entered the U.S. Capitol Building without permission at approximately 2:46 pm, through the Senate Fire Door by the Parliamentarian's Office. They left about ½ minute later

11. They re-entered at approximately 3:05 pm through the Senate Wing Door.

12. While inside the U.S. Capitol Building, the Defendants took photos and videos on their cell phones documenting their time inside as they walked through the Capitol and into Senate room S 145.

13. While inside the U.S. Capitol Building, the Defendants encountered members of law enforcement.  Law enforcement instructed the defendants to leave the building.

14. After leaving the United States Capitol Building through the Senate Wing Door around 3:14 pm, Defendants Aungst and Bronsburg returned to the bus to travel back to Pennsylvania.  While on the bus, both Defendants bragged to other passengers that they had been inside the United States Capitol.

15. While on the bus, Aungst showed other passengers photos that he had taken while he and Bronsburg were inside the Capitol Building.

16. Bronsburg posted on Facebook a video that she had taken while inside the Capitol Building.

17. Defendants Aungst and Bronsburg knew at the time they entered the U.S. Capitol Building that that they did not have permission to enter the building and the defendants paraded, demonstrated, or picketed.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Mark Aungst, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5-19-2022

Mark Aungst
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/20/22

William Welch, III
Attorney for Defendant