UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-144-1 (RBW) |
| : | |
| MARK AUNGST, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S SUGGESTION OF DEATH
AND REQUEST FOR ABATEMENT OF PROSECUTION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks abatement of prosecution in this matter. As grounds for this request, the United States states that local law enforcement received a welfare check request concerning Mark Aungst on July 20, 2022. Officers went to the residence of Mr. Aungst that same day and found him deceased. The FBI agent in this case was on scene and notified the undersigned as the events were unfolding on July 20, 2022.

A defendant's death is a basis for abatement of all prosecution proceedings from their inception. See Durham v. United States, 401 U.S. 481, 483 (1971) (citations omitted).

WHEREFORE, the United States respectfully requests that the prosecution of Mr. Aungst be abated.

                                                    Respectfully submitted,

                                                    MATTHEW GRAVES
                                                    United States Attorney

By:    /s/ *Mona Furst*
        Mona Lee M. Furst
        Assistant United States Attorney
        KS Bar No. 13162
        United States Attorney's Office for the
        District of Columbia
        610 D. Street, N.W.
        Washington, D.C.  20579
        (316) 269-6537
        Mona.Furst@usdoj.gov