# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-144 (RBW) |
| : | |
| **TAMMY BRONSBURG,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Michael L. Barclay. AUSA Michael L. Barclay will be substituting for AUSA Mona Lee M. Furst.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ Michael L. Barclay
Michael L. Barclay
Assistant United States Attorney
New York Bar
United States Attorney's Office
District of Columbia
202-252-7669
Michael.Barclay@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 27th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Michael L. Barclay
MICHAEL L. BARCLAY
Assistant United States Attorney